In The United States District Court
For The District of Arizona

Oscar Contreras Aguilar
and
Dominic Xavier McDonald,
   Plaintiffs

V.

M. Gutierrez, Warden of U.S. Penitentiary Tucson (USP Tucson), in his Official Capacity.
   Defendant

Civil Action No. CV-23-00583-TUC-SHR(PSOT)

COMPLAINT

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

DEC 26 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

I.     JURISDICTION & VENUE.

1) This Civil Action is brought before this Court pursuant to 28 U.S.C. § 1331. Plaintiffs' claims for injunctive relief are authorized by 28 U.S.C. § 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2) The District of Arizona is an appropriate venue under 28 U.S.C. § 1391(b)(2) because it is where the events giving rise to this action are occurring.

II.     PLAINTIFFS

3) Plaintiff Oscar Contreras Aguilar is and was at all times mentioned herein a transgender-female inmate of USP Tucson in the custody of the Federal Bureau of Prisons. She is currently confined in USP Tucson, Arizona.

4) Plaintiff Dominic Xavier McDonald is and was at all times mentioned herein an inmate of USP Tucson in the custody of the Federal Bureau of Prisons. He is currently confined in USP Tucson, Arizona.

III.                    DEFENDANT

5) Defendant M. Gutierrez is the Warden of USP Tucson. He is legally responsible for the operation of USP Tucson and for the welfare of all the inmates of that prison. He is sued in his official capacity as Warden of USP Tucson, Arizona.

IV.            STATEMENT OF FACTS

6) At all times relevant to this case, Plaintiffs Oscar Contreras Aguilar and Dominic Xavier McDonald shared a cell on A-range of the Special Housing Unit (SHU) at USP Tucson.

7) On October 31st, 2023, numerous unknown named BOP officers attacked plaintiffs by throwing 17 concussion grenades into plaintiffs' cell (204-113) after Plaintiff Dominic McDonald (a mental health care level 2 patient) reported feeling suicidal and refused to submit to restraints to be taken out of the cell. Plaintiff Oscar Aguilar had nothing to do with plaintiff Dominic McDonald's psychological disturbance. Plaintiff Oscar Aguilar sat all the way in the back of the cell during the altercation.

8) Moments later, about a dozen BOP officers entered the plaintiffs' cell and began brutally assaulting both plaintiffs even though both plaintiffs were not resisting at all, resulting in unnecessary and wanton infliction of pain.

9) Specifically, multiple BOP officers violently slammed plaintiff Dominic McDonald against the wall and floor. In great fear for his life, plaintiff McDonald ran out of the cell looking for safety in the hallway of A-range where surveillance cameras can see. Nonetheless, plaintiff McDonald was still brutally assaulted, on camera.

10) Specifically, Plaintiff McDonald was violently slammed on the floor by Lieutenant G. Mendoza. Then, while already subdued on the floor and not resisting, an unknown named BOP officer violently & brutally assaulted Plaintiff McDonald by repeatedly punching him in the face and head using leg irons as brass knuckles. And while other BOP officers started yelling "stop hitting him! stop hitting him! You're on Camera!", none of the officers intervened to stop the brutal assault on Plaintiff McDonald. This brutal assault caused Plaintiff McDonald excruciating pain. Plaintiff McDonald's head was split open and severely bleeding. In addition, Plaintiff McDonald's head was bruised and swollen for weeks, his right eye had blood clogged for over a month and now has permanent black dots floating around his right eye and his vision has deteriorated severely in his right eye. Furthermore, Plaintiff McDonald continues to suffer from excruciating headaches and neck and spinal/back pain as a result of the brutal assault. This brutal assault took place on camera.

11) At the same time Plaintiff McDonald was being assaulted, numerous other BOP officers brutally assaulted Plaintiff Aguilar in the cell even though she was not resisting and was not part of Plaintiff McDonald's psychological disturbance.

Specifically, numerous BOP officers violently & brutally punched and kicked Plaintiff Aguilar all over her face, head, neck, and upper torso area over 40 times. Plaintiff Aguilar literally was gang-assaulted and stomped out by the numerous BOP officers, maliciously & sadistically, for no reason. Then, while putting handcuffs on her, one of the officers deliberately tried to break Plaintiff Aguilar's right index finger by violently bending it out of place, dislocating it.

Then, before pulling her out of the cell, the officers threatened to inflict more serious bodily harm on Plaintiff Aguilar if she did not say that she "tripped and fell" for the camera during the brief medical assessment that was to follow.

-3-

12) As a result of the brutal assault described in paragraph 11 above, Plaintiff Aguilar suffered a broken nose, severe bleeding, a dislocated right index finger, a sprained neck, semi-unconsciousness, excruciating pain, and severe headaches & migraines, neck pain, and spinal/back pain that still persists. In addition, Plaintiff Aguilar had bruises and contussions all over her face, head, neck, and upper torso area. To date, Plaintiff Aguilar continues to suffer from severe neck and spinal pain, especially when she moves or bends her neck and when she lays down on her back when she sleeps at night. Severe & constant headaches & head migraines still persist, which deprives her of adequate sleep and significantly impairs her everyday activities.

13) Then, Plaintiff was nearly dragged to a SHU holding cell where, on camera, numerous officers placed Plaintiff Aguilar on steel ambulatory restraints. While the officers had Plaintiff Aguilar facing the wall, out of nowhere, one of the officers yanked the steel cuffs on Plaintiff Aguilar's hands down so hard that immediately Plaintiff Aguilar felt an intense burning sensation and numbness from her left hand all the way up her left arm. As a result, Plaintiff Aguilar suffered multiple bone fractures in and around her left wrist area as well as permanent nerve damage in and around her left wrist and hand, in addition to excruciating pain. This took place on camera.

14) To date, despite both Plaintiffs injuries being clearly visible on camera, no medical attention whatsoever has been provided to Plaintiffs. Both Plaintiffs have sent numerous sick calls (medical requests) to USP Tucson's medical deparment requesting medical care and/or pain medication for their serious bodily injuries, however, all of Plaintiffs' requests for medical care have been ignored and/or denied, resulting in the unnecessary and wanton infliction of pain upon Plaintiffs.

-4-

15) To be sure, in addition to submitting numerous sick calls requesting medical care and pain medication, on November 22nd, 2023, at around 3-4 pm, in front of SHU cell D-214, both plaintiffs verbally reminded R.N. J. Quezada (nurse Quezada) about their serious bodily injuries from the Oct. 31st, 2023, brutal assaults on them and of their continued severe pain and ignored numerous sick calls. Nurse Quezada responded by saying "I don't care about your injuries. Tell someone else" or words to that effect. Then, plaintiff Aguilar reminded nurse Quezada of her broken nose and continued, worsening, severe neck and head and spinal pain. Nurse Quezada responded by saying "Fuck your nose. And stop sending sick calls because I will trash them. Suck it up like a man." or words to that effect. Nurse Quezada then walked away and left.

16) On November 24th, 2023, at around 8AM, in front of SHU cell D-214, both plaintiffs stopped nurse J. Williams and reminded him of their serious bodily injuries, and ignored sick calls, and requested medical care. Nurse J. Williams responded by saying "Hey man, I aint the one denying yall medical care. They fucked up big time by assaulting yall on camera, so they gonna delay giving yall medical care until yall heal." or words to that effect. Then, both plaintiffs asked nurse Williams for pain medication for their severe continued pain. However, nurse Williams responded by saying "I cant give yall anything. Thats up to them." or words to that effect, he then left, demonstrating deliberate indifference.

Plaintiffs have also reported their injuries to Warden Gutierrez and requested that he helps them get medical care multiple times during his weekly SHU tours, however, Warden Gutierrez has repeatedly disregarded plaintiffs' concerns and requests for help to get medical care.

-5-

17) On December 8th, 2023, both plaintiffs received X-rays but only after plaintiff Aguilar wrote a letter to AUSA Cristina Stam in the Eastern District of Virginia (the AUSA in charge of her criminal case) requesting help. Still, despite the X-rays clearly showing that plaintiff Aguilar has a broken nose and multiple bone fractures in and around her left wrist area, etc... no medical care, follow up, or pain medication has been provided to her at all.

18) Both plaintiffs have repeatedly requested grievance forms to address these issues, however, plaintiffs' repeated requests for grievance forms have been ignored and/or denied.

19) To date, plaintiff Aguilar's neck and spinal pain has worsened and she continues to suffer constant head migraines and headaches and has trouble moving around even when she sleeps. She continues to suffer excruciating pain.
   Plaintiff McDonald's vision in his right eye has, and continues to, deteriorated and he continues to suffer from severe and constant head migraines and headaches.

V.           LEGAL CLAIMS

   Plaintiffs reallege and incorporate by reference paragraphs 1-19 as if fully set forth herein.

20) The actions by BOP officials at USP Tucson as described above constitute deliberate indifference to serious medical needs in violation of plaintiffs' rights under the Eighth Amendment to the United States Constitution and is causing plaintiffs unnecessary pain, suffering, physical injury, and emotional distress.

21) Plaintiffs have no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiffs have been and will continue to be irreparably injured by the conduct of BOP officials (as described above) unless the Court grants the injunctive relief which plaintiffs seek.

## VI.    PRAYER FOR RELIEF.

WHEREFORE, plaintiffs respectfully pray that this Court enter judgment:

22) Granting a preliminary and permanent injunction ordering defendant Warden M. Gutierrez and/or the United States of America to take plaintiffs to the hospital for proper and adequate medical treatment, diagnosis, and follow up care. Plaintiff Aguilar further requests that surgery for her nose be ordered as well as proper medical treatment, etc. - for her continued neck and spinal pain.

23) Plaintiffs also seek a jury trial on all issues triable by jury.

24) Plaintiffs also seek recovery of their costs in this suit, and any additional relief this Court deems just, proper, and equitable.

December 18th, 2023.
Tucson, Arizona.

Respectfully Submitted,

1 - Signature: [signed]
Oscar Contreras Aguilar Reg#90039-053
USP Tucson, P.O. Box 24550
Tucson, AZ 85734

2 - Signature: [signed]
Dominic Xavier McDonald Reg#22701-058
USP Tucson, P.O. Box 24550
Tucson, AZ 85734

Plaintiffs

## VERIFICATION

I/we have read the Foregoing Complaint and hereby Verify that the matters alleged therein are true. I/we hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the Foregoing is true and Correct.

December 18th, 2023.
Tucson, Arizona.

Respectfully Submitted,

*Oscar Contreras Aguilar*
Reg # 90039-053
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734

Signature: *Dominic X McDonald*
Print Name: DOMINIC XAVIER McDonald
Reg #: 22701-058
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734

Plaintiffs