# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dominic Xavier McDonald,<br><br>     Plaintiff,<br><br>v.<br><br>M. Gutierrez,<br><br>     Defendant. | NO. CV-23-00583-TUC-SHR (P)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 23, 2024,  judgment is entered against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

March 18, 2024

Debra D. Lucas
District Court Executive/Clerk of Court

By  s/ B. Cortez
Deputy Clerk